**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | : | |
|---|---|---|
| **MICHAEL E. WEATHERS,** | : | |
| Plaintiff | : | |
| v. | : | CASE NO.  7:10-CV-3 (HL) |
| **MICHAEL J. ASTRUE, et al,** | : | |
| Defendants | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 12) filed February 24, 2011 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were submitted within the time allowed. The decision of the Commissioner of Social Security is supported by substantial evidence and therefore is affirmed.

**SO ORDERED,** this the 23rd day of March , 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge
United States District Court**